**No. 22-13581-AA**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

CITIZENS INSURANCE COMPANY OF AMERICA et al.,

*Plaintiffs—Appellants,*

v.

BANYAN TREE MANAGEMENT, LLC et al.,

*Defendants—Appellees.*

Appeal from the United States District Court for the
Northern District of Georgia
No. 1:19-cv-05292-MHC

---

**APPELLEES' RESPONSE TO THE JURISDICTIONAL QUESTION**

---

Spencer M. Taylor
AL Bar No. ASB-1663-O59S
Sarah C. McBrayer
AL Bar No. ASB-0496-M12E
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
Telephone: (205) 872-1032
E-mail: staylor@btnllaw.com
E-mail: smcbrayer@btnllaw.com

Shattuck Ely
GA Bar No. 246944
FELLOWS LABRIOLA, LLP
233 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30303
Telephone: (404) 586-2022
E-mail: tely@fellab.com

*Counsel for Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC*

**No. 22-13581-AA**
**Citizens Insurance Company of America *et al.* v. Banyan Tree Management LLC *et al.***

**Certificate of Interested Persons and Corporate Disclosure Statement**

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to 11th Circuit Rules 26.1-1(a)(3) and 26.1-2, Defendants-Appellees, Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC, hereby submit the following Certificate of Interested Persons and Corporate Disclosure Statement, and pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-2(a), hereby certify that the following is a complete list of the Trial Judge, Magistrate Judge, all attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of the case, including subsidiaries, conglomerates, affiliates and parent corporations, and other identifiable legal entities related to a party:

Albany Downtown Hotel Partners, LLC, Defendant-Appellee

Arnold & Itkin LLP (Counsel for Appellee Jane Doe)

Banyan Tree Management, LLC, Defendant-Appellee

BARZE TAYLOR NOLES LOWTHER LLC (Counsel for Defendants-Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC)

Boatright, Micajah D. (Counsel for Defendant Jane Doe)

**No. 22-13581-AA**
**Citizens Insurance Company of America *et al.* v. Banyan Tree Management LLC *et al.***

**Certificate of Interested Persons and Corporate Disclosure Statement**

Boyles, Kenneth W. Jr. (Former counsel for Plaintiffs-Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company)

Christensen, Roland T. (Counsel for Defendant Jane Doe)

Citizens Insurance Company of America, Plaintiff-Appellant

Clay, Charles L., Jr. (Counsel for Defendant Jane Doe)

Hon. Cohen, Mark H., United States District Court Judge for the Northern District of Georgia

Doe, Jane, Defendant-Appellee

ELY & ISENBERG, LLC (Law firm representing Plaintiffs-Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company)

Ely, Shattuck (Counsel for Defendants-Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC)

Fellows LaBriola LLP (Law firm representing Defendants-Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC)

Hall Booth Smith P.C. (Law firm representing Third-Party Defendant—Appellant Starr Indemnity & Liability Company)

**No. 22-13581-AA**
**Citizens Insurance Company of America *et al.* v. Banyan Tree Management LLC *et al.***

**Certificate of Interested Persons and Corporate Disclosure Statement**

Hill, Richard Hoyle Jr. (Counsel for Plaintiff-Intervenor—Appellant Westfield Insurance Company)

Isenberg, Joel S. (Counsel for Plaintiffs-Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company)

Johnson, Carey Michael (Counsel for Third-Party Defendant—Appellant Starr Indemnity & Liability Company)

Mabry & McClelland LLP (Law firm representing Plaintiff-Intervenor—Appellant Westfield Insurance Company)

Massachusetts Bay Insurance Company, Plaintiff-Appellant

McBrayer, Sarah C. (Counsel for Defendants-Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC)

McCurry, Susan H. (Counsel for Plaintiffs-Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company)

Opus Investment Management, Inc.

Pratt Clay LLC (Law firm representing Defendant Jane Doe)

Schwahn, Derek (Former counsel for Defendants-Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC)

**No. 22-13581-AA**
**Citizens Insurance Company of America *et al.* v. Banyan Tree Management LLC *et al.***

**Certificate of Interested Persons and Corporate Disclosure Statement**

Starr Global Financial Inc.

Starr Global Holdings AG

Starr Indemnity & Liability Company, Third-Party Defendant—Appellant

Starr Insurance Holdings, Inc.

Starr International Company Inc.

Taylor, Spencer M., (Counsel for Defendants-Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC)

The Hanover Insurance Group

The Hanover Insurance Group, Inc. (NYSE: THG)

Westfield Group

Westfield Insurance Company, Plaintiff-Intervenor—Appellant

Wingfield, Thomas Kearney (Counsel for Third-Party Defendant—Appellant Starr Indemnity & Liability Company)

Zutshi, Sharika (Counsel for Defendants-Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC)

**No. 22-13581-AA**
**Citizens Insurance Company of America *et al.* v. Banyan Tree Management LLC *et al.***

**Certificate of Interested Persons and Corporate Disclosure Statement**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1, Appellees hereby certify that Banyan Tree Management, LLC ("Banyan") and Albany Downtown Hotel Partners, LLC ("Albany") are limited liability companies. No publicly traded corporation owns 10% or more stock in Banyan or Albany.

Citizens Insurance Company of America is a wholly-owned subsidiary of The Hanover Insurance Company, which is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. whose shares are publicly listed and traded on the New York Stock Exchange in the United States under the symbol "THG." No corporation or entity holds more than 10% of the equity interests of The Hanover Insurance Group, Inc.

Massachusetts Bay Insurance Company is a wholly-owned subsidiary of The Hanover Insurance Company, which is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. whose shares are publicly listed and traded on the New York Stock Exchange in the United States under the symbol "THG." No corporation or

**No. 22-13581-AA**
**Citizens Insurance Company of America *et al.* v. Banyan Tree Management LLC *et al.***

**Certificate of Interested Persons and Corporate Disclosure Statement**

entity holds more than 10% of the equity interests of The Hanover Insurance Group, Inc.

Starr Indemnity & Liability Company is wholly owned by Starr Global Financial Inc. Starr Insurance Holdings, Inc. owns 100 percent of the common shares of Starr Global Financial Inc. Starr Insurance Holdings, Inc. is 100 percent owned by Starr Global Holdings AG, which is 100 percent owned by Starr International Company Inc. There is not a publicly traded company that owns 10 percent or more of the stock of Starr Indemnity & Liability Company.

Westfield Insurance Company is a wholly-owned subsidiary of Westfield Group, and no publicly held corporation owns 10% or more of the stock of Westfield Insurance Company or Westfield Group.

## TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS .................................................... C

TABLE OF CONTENTS ........................................................................................i

TABLE OF CITATIONS ...................................................................................... ii

RESPONSE TO THE JURISDICTIONAL QUESTION .........................................1

I. Allegations of Citizenship in Complaints .....................................................1

II. This Court can retain this appeal as the citizenship allegations may be supplemented on appeal. .........................................................................4

A. This Court may, and should, supplement the record on appeal. ..............4

B. There is complete diversity in this action................................................6

CERTIFICATE OF COMPLIANCE .......................................................................8

CERTIFICATE OF SERVICE................................................................................9

# TABLE OF CITATIONS

## CASES

*CityPlace Retail, LLC v. Wells Fargo Bank N.A. As Tr. For Registered Holders Of Credit Suisse First Bos. Mortg. Sec. Corp., Com. Mortg. Pass-Through Certificates, Series 2007-C1*, No. 20-11748, 2021 WL 3486168 (11th Cir. July 15, 2021) ....................4, 6

*Henry's Louisiana Grill, Inc. v. Allied Ins. Co. of Am.*, No. 20-14156-BB, 2021 WL 1851381 (11th Cir. Apr. 8, 2021) ....................5

*Jacob v. Mentor Worldwide, LLC*, No. 20-10132-GG, 2020 WL 13327503 (11th Cir. July 29, 2020) ....................4

*Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304 (11th Cir. 2011)....................3, 4, 6

*Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11th Cir. 2004)....................3, 6

## STATUTES

28 U.S.C. § 1653 ....................4

**APPELLEES BANYAN TREE MANAGEMENT, LLC AND ALBANY DOWNTOWN HOTEL PARTNERS, LLC'S RESPONSE TO THE JURISDICTIONAL QUESTION**

## I. Allegations of Citizenship in Complaints

This Court has issued a jurisdictional question to the parties regarding whether the citizenship of Banyan Tree Management LLC ("Banyan") and Albany Downtown Hotel Partners LLC ("Albany") has been sufficiently alleged to invoke diversity of citizenship jurisdiction. Neither the amended petition by Citizens Insurance Company ("Citizens") and Massachusetts Bay Insurance Company ("Massachusetts Bay"), the intervenor complaint by Appellant Westfield Insurance Company ("Westfield"), nor the third-party complaint by Banyan and Albany adequately allege the citizenship of Banyan or Albany.[1]

Appellant Citizens filed suit on November 21, 2019, against Appellees Albany, Banyan, and Jane Doe. (Doc. 1.) Appellants Citizens and Massachusetts Bay filed their amended petition against Albany, Banyan, and Jane Doe on June 29, 2020. (Doc. 50.) In their amended petition, Appellants alleged the following regarding citizenship of the parties:

> 9. Citizens is an insurance company incorporated under the laws of the State of Michigan, with its principal place of business in Massachusetts.

---

[1] Albany and Banyan's third-party complaint against Starr Indemnity & Liability Company is based on supplemental jurisdiction. (Doc. 54 at 4.)

> 10. Massachusetts Bay is an insurance company incorporated under the laws of the State of New Hampshire, with its principal place of business in Massachusetts.
> 11. Banyan Tree is a limited liability company organized and existing under the laws of the State of Florida, with its principal place of business in Florida. For purposes of diversity of citizenship, Banyan Tree is a citizen of Georgia because members of Banyan Tree are citizens of Georgia.
> 12. Albany Partners is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Florida. For purposes of diversity of citizenship, Albany Partners is a citizen of Georgia because members of Albany Partners are citizens of Georgia.
> 13. Jane Doe is an adult citizen and resident of the State of New York. Jane Doe is the plaintiff in the Underlying Action. Therefore, she has an interest in the issues presented in this declaratory judgment action.

(Doc. 50 at 4.) In their answer, Banyan and Albany admitted that "none of Banyan's members are citizens of Michigan, Massachusetts, or New Hampshire," and "none of Albany's members are citizens of Michigan, Massachusetts, or New Hampshire." (Doc. 53 at 4-5.)

Westfield intervened in this action as a plaintiff and filed its intervenor complaint on April 8, 2020, against Banyan, Albany, and Jane Doe. (Doc. 25.) In its complaint, Westfield alleged (1) that it is a citizen of Ohio, (2) Banyan's members "are citizens of Georgia. For the purpose of diversity jurisdiction, Banyan Tree is not a citizen of Ohio or Michigan," and (3) Albany "is a limited liability company organized and existing under the laws of the state of Delaware, with its principal

place of business in Florida. For the purpose of diversity jurisdiction, Albany is not a citizen of Ohio or Michigan." (*Id.* at 4-5.)

On July 13, 2020, Albany and Banyan, as original defendants, impled Starr Indemnity as a third-party defendant pursuant to Federal Rule of Civil Procedure 14 on the basis of supplemental jurisdiction. (Doc. 54.) In the third-party complaint, Albany and Banyan pled the following regarding their citizenship: "Albany is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business in Florida" and "Banyan is a limited liability company organized and existing under the laws of the State of Florida with its principal place of business in Florida." (*Id.* at 4.)

A limited liability company ("LLC") is a citizen of all states of which its members are citizens. *Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). To sufficiently allege citizenship of an LLC, the party must "'list the citizenships of all the members of the limited liability company.'" *Mallory*, 663 F.3d at 1305 (quoting *Rolling Greens*, 374 F.3d at 1022). Where a party LLC has members that are themselves an LLC, citizenship must be traced "through however many layers or members or partners there may be, to determine the identity and citizenship" of the LLC's members. *CityPlace Retail, LLC v. Wells Fargo Bank N.A. As Tr. For Registered Holders Of*

*Credit Suisse First Bos. Mortg. Sec. Corp., Com. Mortg. Pass-Through Certificates, Series 2007-C1*, No. 20-11748, 2021 WL 3486168, at *3 (11th Cir. July 15, 2021). The above referenced pleadings do not allege the identity and citizenship of Albany or Banyan's LLC members.

## II. This Court can retain this appeal as the citizenship allegations may be supplemented on appeal.

### A. This Court may, and should, supplement the record on appeal.

The Eleventh Circuit's jurisdictional question further requested the parties address "(1) whether the allegations should be amended on appeal, under 28 U.S.C. § 1653, to cure any jurisdictional deficiencies in the current pleadings; (2) whether current record evidence adequately establishes the parties' citizenship; or (3) whether the record should be supplemented with additional evidence to demonstrate the parties' citizenship." "'Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts.'" *Mallory*, 663 F.3d at 1305 (quoting 28 U.S.C. § 1653). In *Mallory*, the Eleventh Circuit invited the parties to "agree upon the grant of leave to file such amendment and upon the truth of the allegations of such amendment unless there is a bona fide dispute about the citizenship" of the parties. *Id.* Similarly, in *Jacob v. Mentor Worldwide, LLC*, No. 20-10132-GG, 2020 WL 13327503, at *1 (11th Cir. July 29, 2020), the Eleventh Circuit granted a motion to supplement the record with a declaration regarding the LLC's citizenship and stated:

> We deem the declaration, submitted by the parties with their joint response to our initial jurisdictional question, sufficient to establish that Ethicon, Inc. was the only member of Mentor Worldwide, LLC when the complaint was filed, and that Ethicon, Inc. was a New Jersey citizen at that time. Because this evidence puts the issue of Mentor Worldwide, LLC's New Jersey citizenship beyond any doubt and remand to the district court would unnecessarily waste judicial resources, we exercise our inherent power here to supplement the record and confirm that Mentor Worldwide, LLC is completely diverse from Jacob.

Contemporaneously with this Response, Banyan and Albany are filing a Motion to Supplement the Record with an attached declaration regarding the citizenship of Banyan and Albany's members.[2] Banyan and Albany respectfully submit that the Motion to Supplement the Record and attached declaration clarifies that diversity of citizenship jurisdiction is present in this suit and this Court maintains subject matter jurisdiction to adjudicate this appeal.

In the alternative, this Court may remand the appeal for the limited purpose of clarifying membership of LLCs for the purpose of diversity of citizenship jurisdiction. *See Henry's Louisiana Grill, Inc. v. Allied Ins. Co. of Am.*, No. 20-14156-BB, 2021 WL 1851381, at *1 (11th Cir. Apr. 8, 2021) (remanding to the district court for the limited purpose of determining the citizenship of each member of the LLC because the parties did not move to amend the pleadings or provide the

[2] Albany and Banyan are further moving for the Motion to Supplement the Record on Appeal and attached declaration to be filed under seal as it contains confidential information.

Eleventh Circuit with record or supplemental evidence of the citizenships); *CityPlace Retail*, 2021 WL 3486168, at *4; *Mallory*, 663 F.3d at 1305 (instructing the parties to file letter briefs addressing the citizenship of the parties and showing cause why the case should not be remanded for the limited purpose of determining whether diversity jurisdiction exists); *Rolling Greens*, 374 F.3d at 1023. In the event this Court declines to supplement the record on appeal, Albany and Banyan respectfully seek a limited remand to the district court for the purpose of clarifying diversity jurisdiction.

B. There is complete diversity in this action.

As demonstrated in the Motion to Supplement the Record on Appeal, there is complete diversity in this action.

Respectfully submitted this 9th day of December, 2022.

*/s/ Spencer M. Taylor*
Spencer M. Taylor
AL Bar Number: ASB-1663-O59S
Sarah C. McBrayer
AL Bar Number: ASB-0496-M12E
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
Telephone: (205) 872-1032
E-mail: staylor@btnllaw.com
E-mail: smcbrayer@btnllaw.com

Shattuck Ely
GA Bar No. 246944
FELLOWS LABRIOLA, LLP
233 Peachtree Street, N.E.

Suite 2400
Atlanta, GA 30303
Telephone: (404) 586-2022
E-mail: tely@fellab.com

*Counsel for Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC*

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27 because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and 27(d), this document contains 1,365 words.

This document complies with the typeface requirements of Federal Rule of Civil Procedure 32(a)(5) and the type-style requirements of Federal Rule of Civil Procedure 32(a)(6).

Dated: December 9th, 2022

*/s/ Spencer M. Taylor*
Spencer M. Taylor

*Counsel for Appellees*
*Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9th, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

<u>*/s/ Spencer M. Taylor*</u>
Spencer M. Taylor

*Counsel for Appellees*
*Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC*