APPEAL NO.: 22-13581-AA

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**CITIZENS INSURANCE COMPANY OF AMERICA and MASSACHUSETTS BAY INSURANCE COMPANY,**

Appellant

v.

**BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC; and JANE DOE,**

Appellees

On Appeal from The United States District Court
For The Northern District of Georgia, Atlanta Division
Docket No.: 1:19-cv-5292-MHC

**APPELLANTS CITIZENS INSURANCE COMPANY OF AMERICA AND MASSACHUSETTS BAY INSURANCE COMPANY'S RESPONSE TO THE JURISDICTIONAL QUESTION**

Joel S. Isenberg
(Ga. Bar No.: 108253)
Susan H. McCurry
(Ga. Bar No.: 340555)
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com
*Counsel for Appellants*
*Citizens Insurance Company of America and*
*Massachusetts Bay Insurance Company*

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## CERTIFICATE OF INTERESTED PERSONS CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1-1 and 26.1-2, Appellant Citizens Insurance Company of America and Appellant Massachusetts Bay Insurance Company file this Certificate of Interested Persons and Corporate Disclosure Statement:

### CERTIFICATE OF INTERESTED PERSONS

1. Albany Downtown Hotel Partners, LLC, Appellee;

2. Arnold & Itkin LLP, Attorneys for Appellee Jane Doe;

3. Banyan Tree Management, LLC, Appellee;

4. Barze Taylor Noles Lowther LLC, Attorneys for Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC;

5. Boatright, Micajah D., Attorney for Appellee Jane Doe;

6. Christensen, Roland T., Attorney for Appellee Jane Doe;

7. Citizens Insurance Company of America, Appellant;

8. Clay, Charles L., Attorney for Appellee Jane Doe;

9. Cohen, The Honorable Mark H., United States District Judge for the Northern District of Georgia;

10. Doe, Jane, Appellee;

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

11.    Ely & Isenberg, LLC, Attorneys for Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company;

12.    Ely, Shattuck, Attorney for Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC;

13.    Fellows Labriola LLP, Attorneys for Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC;

14.    Hall Booth Smith, P.C., Attorneys for Appellant Starr Indemnity & Liability Company;

15.    Hill, Jr., Richard H., Attorney for Appellant Westfield Insurance Company;

16.    Isenberg, Joel S., Attorney for Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company;

17.    Johnson, C. Michael, Attorney for Appellant Starr Indemnity & Liability Company;

18.    Mabry & McClelland LLP, Attorneys for Appellant Westfield Insurance Company;

19.    Massachusetts Bay Insurance Company, Appellant;

20.    McBrayer, Sarah, Attorney for Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC

C-2

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

21.    McCurry, Susan, Attorney for Appellants Citizens Insurance Company

of America and Massachusetts Bay Insurance Company;

22.    Opus Investment Management, Inc.;

23.    Pratt Clay, LLC, Attorney for Jane Doe;

24.    Starr Global Financial, Inc.

25.    Starr Global Holdings, AG

26.    Starr Indemnity & Liability Company, Appellant;

27.    Starr Insurance Holdings, Inc.

28.    Starr International Company, Inc.

29.    Taylor, Spencer M., Attorney for Appellees Banyan Tree Management,

LLC and Albany Downtown Hotel Partners, LLC;

30.    The Hanover Insurance Company;

31.    The Hanover Insurance Group, Inc.; (NYSE:THG)

32.    Westfield Insurance Company, Appellant;

33.    Wingfield, Thomas, Attorney for Appellant Starr Indemnity & Liability

Company;

34.    Zutshi, Sharika, Attorney for Appellees Banyan Tree Management,

LLC and Albany Downtown Hotel Partners, LLC.

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## <u>CORPORATE DISCLOSURE STATEMENT</u>

### <u>Citizens Insurance Company of America</u>

Citizens Insurance Company of America is a wholly-owned subsidiary of The Hanover Insurance Company, which is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. whose shares are publicly listed and traded on the New York Stock Exchange in the United States under the symbol "THG." No corporation or entity hold more than 10% of the equity interests of The Hanover Insurance Group, Inc.

### <u>Massachusetts Bay Insurance Company</u>

Massachusetts Bay Insurance Company is a wholly-owned subsidiary of The Hanover Insurance Company, which is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. whose shares are publicly listed and traded on the New York Stock Exchange in the United States under the symbol "THG." No corporation or entity hold more than 10% of the equity interests of The Hanover Insurance Group, Inc.

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

### Westfield Insurance Company

Westfield Insurance Company is a wholly-owned subsidiary of Westfield Group, and no publicly held corporation owns 10% or more of the stock of Westfield Insurance Company or Westfield Group.

### Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC

Banyan Tree Management, LLC ("Banyan") and Albany Downtown Hotel Partners, LLC ("Albany") are limited liability companies. No publicly traded corporation owns 10% or more stock in Banyan or Albany.

### Starr Indemnity & Liability Company

Starr Indemnity & Liability Company is wholly-owned by Starr Global Financial Inc. Starr Insurance Holding, Inc. owns 100 % of the common shares of Starr Global Financial, Inc. Starr Insurance Holdings, Inc is 100% owned by Starr Global Holdings, AG, which is 100% owned by Starr International Company, Inc. There is not a publicly traded company that owns 10% or more of the stock of Starr Indemnity & Liability Company.

**Citizens Insurance Company of America, et al. v. Banyan Tree Management,
LLC, et al.**
**Appeal No. 22-13581-AA**

## <u>TABLE OF CONTENTS</u>

CERTIFICATE OF INTERESTED PERSONS…………...…………………..C-1

CORPORATE DISCLOSURE STATEMENT…………...………………..C- 4

TABLE OF CONTENTS…………………………………………………………...i

TABLE OF CITATIONS…………………………………………………………..ii

RESPONSE TO THE JURISDICTIONAL QUESTION………………………..1

CERTIFICATE OF COMPLIANCE………………………………………………4

CERTIFICATE OF SERVICE…………………………………………………..5

i

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## <u>TABLE OF CITATIONS</u>

### <u>Cases</u>

*St. Paul Fire & Marine Ins. Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 890
    F.3d 1265, 1272 (11th Cir. 2018) ……………………………………...3
*Maseda v. Honda Motor Co.*, 861 F.2d 1248, 1253 (11th Cir. 1988) ……………..3

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## RESPONSE TO THE JURISDICTIONAL QUESTION

This Court has issued a question regarding whether the citizenship of Appellees Albany Downtown Hotel Partners LLC ("Albany") and Banyan Tree Management LLC ("Banyan") has been sufficiently alleged to demonstrate that diversity of citizenship exists among the parties. Please accept this filing as the response of Appellants Citizens Insurance Company of America ("Citizens") and Massachusetts Bay Insurance Company ("Massachusetts Bay") to this Court's jurisdictional question.

On December 12, 2022, Appellees Albany Downtown Hotel Partners LLC ("Albany") and Banyan Tree Management LLC ("Banyan") filed their Response to the Jurisdictional Question [Doc. 31] along with a Motion to Seal the Motion to Supplement the Record and Attached Declaration [Doc. 32]. Also, as noted in their Motion to Seal, Albany and Banyan provided a copy of the Unopposed Motion to Supplement the Record and the Declaration of Lloyd Crabtree to the parties.

Based on the information provided by Albany and Banyan in these filings, Citizens and Massachusetts Bay agree that Albany and Banyan are completely diverse from Citizens, Massachusetts Bay, and Westfield Insurance Company. Therefore, this Court has jurisdiction over the original action based on diversity of citizenship.

**Citizens Insurance Company of America, et al. v. Banyan Tree Management,**
**LLC, et al.**
**Appeal No. 22-13581-AA**

Citizens and Massachusetts Bay also agree that, based on the information
Albany and Banyan have provided, it appears that Albany and Starr Indemnity &
Liability Company ("Starr") are not diverse. However, on the grounds set forth in
Albany and Banyan's Response to the Jurisdictional Question, this does not divest
the court of jurisdiction, as this Court may retain supplemental jurisdiction over the
claims between Albany, Banyan, and Starr. *See, e.g., St. Paul Fire & Marine Ins.*
*Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 890 F.3d 1265, 1272 (11th Cir.
2018); *Maseda v. Honda Motor Co.*, 861 F.2d 1248, 1253 (11th Cir. 1988) ("Once
a court has jurisdiction over a main claim, it also has jurisdiction over any claim
ancillary to the main claim, regardless of the amount in controversy, citizenship of
the parties or existence of a federal question in the ancillary claim.").

Citizens and Massachusetts Bay join Albany and Banyan's requests set forth
in their Motion to Supplement the Record and request that this Court retain
jurisdiction over this appeal.

2

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

Respectfully submitted,

s/ Susan H. McCurry
Joel S. Isenberg (Ga. Bar No.: 108253)
Susan H. McCurry (Ga. Bar No.: 340555)
Counsel for Appellants Citizens Insurance
Company of America and Massachusetts Bay
Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive
Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## <u>CERTIFICATE OF COMPLIANCE</u>

This document complies with the word limit of Federal Rule of Appellate Procedure 27 because, excluding the portions of the document exempted by Federal Rule of Appellate Procedure 32(f) and 27(d), this document contains 391 words.

This document complies with Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

Dated: December 12, 2022

<div style="margin-left:40%;">

s/ Susan H. McCurry
<u> </u>
Joel S. Isenberg (Ga. Bar No.: 108253)
Susan H. McCurry (Ga. Bar No.: 340555)
Counsel for Appellants Citizens Insurance
Company of America and Massachusetts
Bay Insurance Company

</div>

**<u>OF COUNSEL:</u>**
ELY & ISENBERG, LLC
3500 Blue Lake Drive
Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, a copy of the foregoing was

filed and served on all counsel of record via CM/ECF.

Shattuck Ely
Sharika Zutshi
FELLOWS LABRIOLA LLP
233 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30303
Phone: (404) 586-9200
tely@fellab.com
szutshi@fellab.com

Spencer M. Taylor
Sarah C. McBrayer
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
Phone: (205) 872-1032
staylor@btnllaw.com
smcbrayer@tnllaw.com

Richard H. Hill, Jr.
MABRY & McCLELLAND LLP
2200 Century Parkway, NE, Suite 1000
Atlanta, Georgia 30345
Phone: (404) 325-4800
rhill@m-mlegal.com

C. Michael Johnson
Thomas K. Wingfield
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1775
Phone: (404) 954-5000
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

s/ Susan H. McCurry
Joel S. Isenberg (Ga. Bar No.: 108253)
Susan H. McCurry (Ga. Bar No.: 340555)
Counsel for Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com

5