APPEAL NO.: 22-13581-AA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**CITIZENS INSURANCE COMPANY OF AMERICA and
MASSACHUSETTS BAY INSURANCE COMPANY,**

Appellants

v.

**BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL
PARTNERS, LLC; and JANE DOE,**

Appellees

On Appeal from The United States District Court
For The Northern District of Georgia, Atlanta Division
Docket No.: 1:19-cv-5292-MHC

**APPELLANTS CITIZENS INSURANCE COMPANY OF AMERICA AND
MASSACHUSETTS BAY INSURANCE COMPANY'S RESPONSE TO
SUPPLEMENTAL JURISDICTIONAL QUESTION**

Joel S. Isenberg
(Ga. Bar No.: 108253)
Susan H. McCurry
(Ga. Bar No.: 340555)
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com
*Counsel for Appellants*
*Citizens Insurance Company of America and*
*Massachusetts Bay Insurance Company*

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1-1 and 26.1-2, Appellants Citizen Insurance Company of America and Massachusetts Bay Insurance Company submit the following list of trial judges and attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal. The following list includes subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% or more of a party's stock, and other identifiable legal entities related to a party:

1.   Albany Downtown Hotel Partners, LLC, Defendants Appellees;

2.   Arnold & Itkin LLP, Attorneys for Defendant Appellee Jane Doe;

3.   Banyan Tree Management, LLC, Defendants Appellees;

4.   Barze Taylor Noles Lowther LLC, Attorneys for Defendants Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC;

5.   Boatright, Micajah D., Attorney for Defendant Appellee Jane Doe;

6.   Christensen, Roland T., Attorney for Defendant Appellee Jane Doe;

7.   Citizens Insurance Company of America, Plaintiffs Appellants;

8.   Clay, Charles L., Attorney for Defendant Appellee Jane Doe;

C-1

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

9.      Cohen, The Honorable Mark H., United States District Judge for the Northern District of Georgia;

10.     Doe, Jane, Defendant Appellee;

11.     Ely & Isenberg, LLC, Attorneys for Plaintiffs Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company;

12.     Ely, Shattuck, Attorney for Defendants Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC;

13.     Fellows Labriola LLP, Attorneys for Defendants Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC;

14.     Hall Booth Smith, P.C., Attorneys for Third-Party Defendants Appellant Starr Indemnity & Liability Company;

15.     Hill, Jr., Richard H., Attorney for Plaintiffs Intervenors Appellants Westfield Insurance Company;

16.     Isenberg, Joel S., Attorney for Plaintiffs Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company;

17.     Johnson, C. Michael, Attorney for Third-Party Defendants Appellant Starr Indemnity & Liability Company;

18.     Mabry & McClelland LLP, Attorneys for Plaintiffs- Intervenors Appellant Westfield Insurance Company;

19.     Massachusetts Bay Insurance Company, Plaintiffs Appellants;

20.     McBrayer, Sarah, Attorney for Defendants Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC

21.     McCurry, Susan, Attorney for Plaintiffs Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company;

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

22.    Opus Investment Management, Inc.;

23.    Pratt Clay, LLC, Attorneys for Jane Doe;

24.    Starr Indemnity & Liability Company, Defendants Appellants;

25.    Starr Global Financial, Inc.;

26.    Starr Global Holdings, AG;

27.    Starr Insurance Holdings, Inc.;

28.    Starr International Company, Inc.;

29.    Taylor, Spencer M., Attorney for Defendants Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC;

30.    The Hanover Insurance Company;

31.    The Hanover Insurance Group (NYSE: THG);

32.    The Hanover Insurance Group, Inc.;

33.    Westfield Insurance Company, Plaintiff Intervenor Appellant;

34.    The Westfield Group;

35.    Wingfield, Thomas, Attorney for Third-Party Defendant Appellant Starr Indemnity & Liability Company;

36.    Zutshi, Sharika, Attorney for Defendants Appellees Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC.

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## CORPORATE DISCLOSURE STATEMENT

### Citizens Insurance Company of America

Citizens Insurance Company of America is a wholly-owned subsidiary of The Hanover Insurance Company, which is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. whose shares are publicly listed and traded on the New York Stock Exchange in the United States under the symbol "THG." No corporation or entity hold more than 10% of the equity interests of The Hanover Insurance Group, Inc.

### Massachusetts Bay Insurance Company

Massachusetts Bay Insurance Company is a wholly-owned subsidiary of The Hanover Insurance Company, which is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. whose shares are publicly listed and traded on the New York Stock Exchange in the United States under the symbol "THG." No corporation or entity hold more than 10% of the equity interests of The Hanover Insurance Group, Inc.

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

### Westfield Insurance Company

Westfield Insurance Company is a wholly-owned subsidiary of Westfield Group, and no publicly held corporation owns 10% or more of the stock of Westfield Insurance Company or Westfield Group.

### Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC

Banyan Tree Management, LLC ("Banyan") and Albany Downtown Hotel Partners, LLC ("Albany") are limited liability companies. No publicly traded corporation owns 10% or more stock in Banyan or Albany.

### Starr Indemnity & Liability Company

Starr Indemnity & Liability Company is wholly-owned by Starr Global Financial Inc. Starr Insurance Holding, Inc. owns 100 % of the common shares of Starr Global Financial, Inc. Starr Insurance Holdings, Inc is 100% owned by Starr Global Holdings, AG, which is 100% owned by Starr International Company, Inc. There is not a publicly traded company that owns 10% or more of the stock of Starr Indemnity & Liability Company.

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## <u>TABLE OF CONTENTS</u>

CERTIFICATE OF INTERESTED PERSONS ....................................................C-1

CORPORATE DISCLOSURE STATEMENT ....................................................C-4

TABLE OF CONTENTS...........................................................................................i

TABLE OF AUTHORITIES .................................................................................. ii

RESPONSE TO THE SUPPLEMENTAL JURISDICTIONAL QUESTION ........1

CERTIFICATE OF COMPLIANCE.......................................................................5

CERTIFICATE OF SERVICE ...............................................................................6

**Citizens Insurance Company of America, et al. v. Banyan Tree Management,
LLC, et al.**
**Appeal No. 22-13581-AA**

## TABLE OF AUTHORITIES

**Cases**

*James River Ins. Co. v. Ultratec Special Effects, Inc.*,
22 F.4th 1246 (11th Cir. 2022) ...........................................................................1,2,3

**Statutes**

28 U.S.C. § 1292(a)(1) ...........................................................................1,3

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

## CITIZENS INSURANCE COMPANY OF AMERICA'S AND MASSACHUSETTS BAY INSURANACE COMPANY'S RESPONSE TO THE COURT'S SUPPLEMENTAL JURISDICTIONAL QUESTION

On January 10, 2023, this Court issued a supplemental jurisdictional question to the parties. Specifically, the Court asked the parties to address "whether this Court has appellate jurisdiction to review the district court's September 22, 2022 order" and asked the parties to address whether the District Court's order is final or if any claims remain pending. In response to the Court's question, Citizens Insurance Company of America ("Citizens"), Massachusetts Bay Insurance Company ("Massachusetts Bay") state as follows:

While the District Court's September 22, 2022 Order is not a final order, this Court does have jurisdiction to review the Order. This Court has jurisdiction over the appeal because the District Court's Order is an interlocutory order for which a direct appeal is allowed. Specifically, this Court has jurisdiction over nonfinal, injunctive orders pursuant to 28 U.S.C. § 1292(a)(1). *See James River Ins. Co. v. Ultratec Special Effects, Inc.,* 22 F.4th 1246, 1252 (11th Cir. 2022) (holding that the Court had jurisdiction over an order granting summary judgment on the duty to defend under 28 U.S.C. § 1292(a)(1)). Just as in *James River*, this Court has jurisdiction over this appeal despite its lack of finality because of the injunctive nature of the Order.

1

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

In *James River*, insurer James River filed a declaratory judgment asking the district court to determine whether it owed a duty to defend or indemnify its insureds. The district court issued an order holding that James River owed a duty to defend its insureds, granting summary judgment to the insureds and against James River. *James River*, 22 F.4th at 1251-1252. The district court did not issue a ruling on the duty to indemnify. *Id.* at 1251. James River filed an appeal from the district court's Order to this Court. In holding that it did have jurisdiction over the appeal, this Court stated:

> The Insureds sought a declaratory judgment and other appropriate relief, which includes injunctive relief. By entering an order declaring that the Insureds have a right to be defended by James River, the district court made the declaratory judgment akin to an injunction.[7] *See* Wright & Miller, Fed. Prac. & Proc. § 3922. We therefore have jurisdiction to entertain this appeal from the order on the duty to defend even though it does not provide complete relief because the duty to indemnify claim remains pending before the district court.

*James River*, 22 F.4th at 1253.

Here, the District Court's Order granted partial summary judgment in favor of Banyan Tree Management, LLC ("Banyan") and Albany Downtown Hotel Partners, LLC ("Albany") against the insurers, including Citizens and Massachusetts Bay, finding that the insurers owed a duty to defend Banyan and Albany under Coverage B of their respective policies. This Order, like the one in *James River*, is injunctive in nature because it orders Citizens and Massachusetts Bay to defend

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

Albany and Banyan in the underlying case. Accordingly, due to the injunctive qualities of this interlocutory order, the Court has jurisdiction pursuant to 28 U.S.C. § 1292(a)(1), and Citizens and Massachusetts Bay could file a direct appeal from this decision.

In *James River*, the fact that the district court did not rule on the duty to indemnify did not alter this Court's finding of jurisdiction over the appeal because of the injunctive nature of the district court's order on the duty to defend. Similarly, in the present case, the fact that certain claims remain pending before the District Court, which are the duty to indemnify and priority of coverage,[1] does not impact the appeal. Citizens and Massachusetts Bay have the right under 28 U.S.C. § 1292(a)(1) to file an interlocutory appeal from the District Court's Order under the *James River* holding.

## CONCLUSION

Citizens and Massachusetts Bay submit that this Court has jurisdiction over this appeal under 28 U.S.C. § 1292(a)(1) as an interlocutory appeal that granted injunctive relief.

---

[1]The parties had also asserted other claims in the case pertaining to an action in Virginia. The parties previously dismissed those claims, and those claims are no longer a part of this action as ordered by the District Court. [Docs. 104 and 105].

3

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

Respectfully submitted,

s/ Susan H. McCurry
Joel S. Isenberg (Ga. Bar No.: 108253)
Susan H. McCurry (Ga. Bar No.: 340555)
Counsel for Appellants Citizens Insurance Company of America and Massachusetts Bay Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com

4

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**

**Appeal No. 22-13581-AA**

## <u>CERTIFICATE OF COMPLIANCE</u>

This document complies with the word limit of the Federal Rules of Appellate Procedure ("FRAP") 32(a)(7) because, excluding the parts of the document exempted by FRAP 32(f), this document contains 697 words. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because it uses Times New Roman 14-point font.

s/Susan H. McCurry_____
Attorney for Appellants & Plaintiffs
Citizens Insurance Company of America
and Massachusetts Bay Insurance Company


January 24, 2023

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 24, 2023, a copy of the foregoing was filed and

served on all counsel of record via CM/ECF.

Shattuck Ely
Sharika Zutshi
FELLOWS LABRIOLA LLP
233 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30303
Phone: (404) 586-9200
tely@fellab.com
szutshi@fellab.com

Spencer M. Taylor
Sarah C. McBrayer
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
Phone: (205) 872-1032
staylor@btnllaw.com
smcbrayer@tnllaw.com

Charles L. Clay, Jr.
PRATT CLAY LLC
4401 Northside Parkway, Suite 520
Atlanta, GA 30303
Phone: (404) 949-8118
chuck@prattclay.com

Richard H. Hill, Jr.
MABRY & McCLELLAND LLP
2200 Century Parkway, NE, Suite 1000
Atlanta, Georgia 30345
Phone: (404) 325-4800
rhill@m-mlegal.com

C. Michael Johnson
Thomas K. Wingfield
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1775
Phone: (404) 954-5000
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

Micajah D. Boatright
Roland T. Christensen
ARNOLD ITKIN
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
cboatright@arnolditkin.com
rchristensen@arnolditkin.com

**Citizens Insurance Company of America, et al. v. Banyan Tree Management, LLC, et al.**
**Appeal No. 22-13581-AA**

s/ Susan H. McCurry
Joel S. Isenberg (Ga. Bar No.: 108253)
Susan H. McCurry (Ga. Bar No.: 340555)
Counsel for Appellants Citizens Insurance
Company of America and Massachusetts Bay
Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com